# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00231-CV

**In re Chris Elliott**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator Chris Elliott has filed a petition for writ of mandamus and an emergency motion for temporary relief and request for stay. *See* Tex. R. App. P. 52.1, 52.10. We grant the motion for temporary relief and stay all proceedings, pending further order of this Court. The Court orders the real party in interest MagneGas Corporation to file a response to the petition for writ of mandamus on or before April 18, 2016.

It is ordered April 7, 2016.

Before Chief Justice Rose, Justices Pemberton and Bourland